**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE (HT-00004), an individual, | ) | CIVIL ACTION NO.: 2:26-CV-00306 |
| | ) | |
| Plaintiff, | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KIMBERLY A. JOLSON |
| Red Roof Franchising LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT**

Pursuant to the Court's Order dated April 21, 2026, Plaintiff submits the following Status

Report:

Plaintiff, JANE DOE (HT-00004) ("Plaintiff"), initiated this action on March 15, 2026 by

filing her Complaint against, Red Roof Franchising LLC, Choice Hotels International, Inc.,

Wyndham Hotels & Resorts, Inc., Wyndham Hotel Group, LLC, MPH Group, LLC, DSDR, LLC,

Pace Hotels, LLC, Hilton Domestic Operating Company Inc., Aakash Enterprise, LLC, Angel

Hospitality Denton LLC, Brandy Lodging LLC, and Does 1-10, collectively ("Defendants"). As

this matter remains in its early stages, limited substantive progress has been made. Only counsel

for the named Defendant Red Roof Franchising LLC has made their and agreed to waive service

in this matter. However, all other Defendants have not all been served nor have made their

appearances. As a result, the Parties are unable to meet and confer regarding case management,

discovery planning, or other procedural matters. Initial efforts related to service of process are

underway.

1

2

Plaintiff anticipates that, upon completion of service and the appearance of all counsel of record, they will promptly engage in the requisite meet-and-confer process and will comply with all applicable Federal Rules of Civil Procedure, Local Rules, and any Orders issued by this Court.

**DATED: April 24, 2026**

Respectfully submitted,

**/s/ Penny L. Barrick**
Penny L. Barrick (0074110)
Babin Law, LLC
10 W. Broad Street, Suite 900
Columbus, Ohio 43215
P: (614) 761-8800
steven.babin@babinlaws.com
penny.barrick@babinlaws.com

*Attorney for the Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's case management and electronic filing system. Parties may access this filing through the Court's case management and electronic filing system.

*/s/ Penny L. Barrick*
Penny L. Barrick (0074110)